IJ:AK
F. #2004R02127

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

QUINCY HOMERE,

           Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 08 2005 ★
BROOKLYN OFFICE

I N D I C T M E N T
CR 05 840
(T. 18, U.S.C., §§ 1542
and 3551 et seq.)

HURLEY, J.

\LL, M.J.

THE GRAND JURY CHARGES:

On or about December 26, 2003, within the Eastern District of New York and elsewhere, the defendant QUINCY HOMERE, with intent to induce and secure the issuance of a passport under the authority of the United States for his own use and contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, did knowingly and willfully make materially false statements in an application for a United States passport, to wit: that his name was "Marc Jasmin," that his date of birth was August 11, 1985, and that his social security number was XXX-XX-7539, when in fact, as the defendant

then and there well knew and believed, his name was not "Marc Jasmin," his date of birth was not August 11, 1985, and his social security number was not XXX-XX-7539.

(Title 18, United States Code, Sections 1542 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

2

F. #2004R02127
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

*QUINCY HOMERE,*

*Defendant.*

# INDICTMENT

(T. 18, U.S.C., §§ 1542 and 3551 *et seq.*)

*A true bill.*

_____
*Foreman*

*Filed in open court this* \_\_\_\_8th\_\_\_\_ *day,*
*of* \_\_\_\_NOV.\_\_\_\_ A.D. 19 *2005*

_____
*Clerk*

*Bail,* $ _____

*ANTHONY KYRIAKAKIS, AUSA: (718) 254-6431*