UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,                    ORDER
                                             05-CR-840-01
          -against-

QUINCY HOMERE,

              Defendant.
-------------------------------X
A P P E A R A N C E S:

For the Government:
    Loretta Lynch
    United States Attorney
    Eastern District of New York
    Federal Plaza
    Central Islip, New York 11722
      By:  Lara Treinis Gatz, A.U.S.A.

For the Defendant:
    Jason Russo, Esq.
    165 EAB Plaza
    West Tower 6th Floor
    Uniondale, New York  11553

HURLEY, Senior District Judge

        I sentenced Quincy Homere ("Homere") on May 13, 2010

for violating conditions of his supervised release.  In doing so,

I considered the 18 U.S.C. § 3553(a) factors, as well as the

policy statements in U.S.S.G. §§ 7B1.3 and 7B1.4, but neglected

to state on the record the effect that those factors and policy

statements had on the sentence imposed.  To cure that oversight,

I added the case to my calender for 11:30 a.m. on Tuesday, May

18, 2010.

        Early Tuesday morning, I was advised by the Marshals

that Homere refused to leave his cell for the scheduled Court

appearance.  Given that (1) the subject oversight on my part does

not invalidate the sentence imposed, <u>United States v. Verkhoglyad</u>, 516 F.3d 122 (2d Cir. 2008), and (2) Homere's apparent election not to grace the Court with his presence, I have elected not to issue a "reasonable force" order to compel his appearance.  However, should Homere, through his counsel, have a change of heart and communicate that fact to the Court on or before May 21, 2010, the matter will be restored to the calender so that a further explanation may be provided for the sentence imposed.  Otherwise, the sentence hearing shall be marked as concluded as of May 13, 2010.

     SO ORDERED.

Dated:  May 18, 2010
       Central Islip, New York


              _____/S/_____
              DENIS R. HURLEY, U.S.D.J.